THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEGUNDO MILTON GODOY-
ORDONEZ,

    **Plaintiff,**

    v.

WARDEN MDC GUAYNABO,

    **Defendant.**

Civil No. 23-1274 (ADC)

## OPINION AND ORDER

On May 30, 2023, Segundo Milton Godoy-Ordonez ("petitioner") submitted a filing titled as a habeas corpus. **ECF No. 1**. On even date, the Clerk of Court entered a Notice of Defective Filing granting petitioner until June 30, 2023, to comply. **ECF No. 2**. Specifically, petitioner was informed that he:

> did not pay the corresponding filing fee which is $5.00 for Habeas Corpus Complaints under 28 U.S.C. § 2241, nor filed a Motion to Proceed in Forma Pauperis. Plaintiff's request to proceed without prepayment of fees does not comply with the requirements of 28 U.S.C. § 1915 and L.Civ. Rs. 3.1 (a), (b)(2) and (c)(4). Plaintiff did not submit Motion to Proceed in Forma Pauperis. Plaintiff did not submit an Affidavit in Support of Motion to Proceed in Forma Pauperis. The Prisoner did not attach a statement certified by the appropriate institutional officer, showing all receipts, expenditures, and balances during the last six months in his/her institutional account. *Id*.

Moreover, and in abundance of caution, on June 5, 2023, the Court entered an order "warn[ing] [defendant] that the Court cannot evaluate the petition until petitioner complies with

the above cited instructions… **failure to comply may entail sanctions, including dismissal of the action**." **ECF No. 4** (emphasis added). The Court also encouraged petitioner to review this District Court's Pro Se Litigant Guidebook available both in the English and Spanish Language (https://www.prd.uscourts.gov/pro-se-forms). *Id*. The Court granted petitioner until June 30, 2023 to comply.

On June 5, 2023, the Court granted petitioner a final extension of time to comply with the above referenced Orders. **ECF No. 4**. Once again, petitioner was warned that failure to comply "may entail sanctions, including dismissal of the action" for failure to comply with Court orders Fed. R. Civ. P. 41 and because his request does not comply with the requirements of 28 U.S.C. § 1915 and Local Civil Rules 3.1 (a), (b)(2) and (c)(4). *Id*.

To this date, however, petitioner has not complied with this Court's Orders at **ECF No. 2, 3, 4**. Accordingly, the case is **DISMISSED**.

Clerk of Court shall enter judgment.

**SO ORDERED**.

At San Juan, Puerto Rico, on this 8th day of July, 2025.

                                                     **S/AIDA M. DELGADO-COLÓN**
                                                     **United States District Judge**